**FILED**

**AUG - 1 2007**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE MATTER OF D.B. (DOB) )
)
)
)
) Misc. Civil Action No. 07-307 (ESH)
) Super. Ct. Case No. TPR-612-97
) Subpoena matter
)

## NOTICE OF REMOVAL OF SUBPOENAS

The United States Attorney, through the undersigned attorneys, and on behalf of the Court Services and Offender Supervision Agency ("CSOSA" or "Agency"), respectfully files this Notice of Removal of a subpoena matter pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995), and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996). In support of this notice, the agency states as follows:

1.CSOSA has been issued a subpoena *duces tecum* by Respondent, Tomeeka Brooks, requesting appearances with documents in Superior Court of the District of Columbia in the matter of In the Matter of D.B., Case No. TPR-612-97.

2.A copy of the subpoena is attached hereto.

3.CSOSA intends to move to quash, relying on federal law, within five business days of the removal of this action or within such time as this Court shall order.[1]

4.This notice of removal is brought pursuant to 28 U.S.C. § 1442(a), 1446, Brown

---

[1] The undersigned further intends to attempt to resolve this matter without the need for litigation. However, out of an abundance of caution, in order to preserve Defendant's right to removal, Defendant is filing the instant papers.

& Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995), and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996).

WHEREFORE, this matter is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, and Brown & Williamson Tobacco Corp. v. Williams, and Houston Business Journal, Inc., supra. The underlying criminal case is not being removed and will remain in Superior Court.

Dated: August 1, 2007.

          Respectfully submitted,

          JEFFREY A. TAYLOR, D.C. Bar # 498610
          United States Attorney

          RUDOLPH CONTRERAS, D.C. BAR # 434122
          Assistant United States Attorney

          MERCEDEH MOMENI
          Assistant United States Attorney
          Judiciary Center Building
          555 4th St., N.W.
          Washington, D.C. 20530
          (202) 305-4851

UNITED STATES DISTRICT COURT
**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 1st day of August, 2007, I caused service of the following: Notice of Filing of Notice of Removal, Notice of Removal, to be made on Respondent, through counsel, addressed to:

Norman T. Robinson, Esq.
1404 Fourth Street, SW
Washington, D.C. 20009
Atty. for Respondent


MERCEDEH MOMENI
Assistant United States Attorney

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## FAMILY COURT

**SUBPOENA** | **SUBPOENA DUCES TECUM**

In Matter of D.B. (DOB)
vs.

To: Lori Huff

CASE NO: TPR-612-97

SOCIAL FILE NO: 213009

YOU ARE ORDERED to appear to give testimony in this case on **2nd** day of **August** 20**07** at **10:30** AM

☒ In Courtroom **99** of the SUPERIOR COURT, 500 Indiana Avenue, N.W., Washington, D.C.

☐ In Room _____ of _____ Hospital, Washington, D.C.

☒ YOU ARE FURTHER ORDERED to bring with you and produce the following documents or objects:
DRUG TESTING RESULTS & ORDER FOR SHOW CAUSE

This subpoena has been requested by:
☐ The Office of the Corporation Counsel, 4th & 5th Floors, 441 Fourth Street, N.W.
☐ The Commission on Mental Health, Room 4475, 500 Indiana Avenue, N.W.
☒ The Attorney for the plaintiff/respondent: Tameeka Brooks (Respondent)
Norman F. Robinson, Esquire

Telephone number of requesting party: (202) 320-4037

The following information is required in juvenile cases only:
Alleged violation: _____
Arresting Officer's Name: _____
Arrest Date: _____, 20 _____ Youth I.D. No: _____

**BRING THIS SUBPOENA WITH YOU. YOU MAY NOT LEAVE WITHOUT THE COURT'S PERMISSION**

Clerk of the Superior Court of the District of Columbia

Date: July 29, 2007

07-MS-307

**FILED**
AUG - 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

White – Court File  Canary – US Marshal's Return  Pink – S Marshal's Information  Goldenrod – Requester's Copy
FD-722/Jan 03

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| IN RE MATTER OF D.B. (DOB) | )<br>)<br>)<br>)<br>)<br>) Super. Ct. Case No. TPR-612-97<br>) Subpoena matter<br>) |

NOTICE OF FILING OF NOTICE OF
REMOVAL OF SUBPOENAS

TO:  Norman T. Robinson, Esq.
     1404 Fourth Street, SW
     Washington, D.C. 20024-2204
     Atty. for Respondent

PLEASE TAKE NOTICE THAT ON August 1, 2007, Court Services and Offender Supervision Agency (CSOSA), through counsel, filed with the Clerk of the United States District Court for the District of Columbia Superior Court a Notice of Removal of the subpoena matter in the above-referenced Criminal Action, pending in the Superior Court for the District of Columbia. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia, with regard to the Subpoenas Duces Tecum, "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Dated: August 1, 2007.

        Respectfully submitted,

        *Jeffrey A. Taylor/duh*
        JEFFREY A. TAYLOR, D.C. Bar # 498610
        United States Attorney

        *Rudolph Contreras/duh*
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        MERCEDEH MOMENI
        Assistant United States Attorney
        Judiciary Center Building
        555 4th St., N.W., Room E-4220
        Washington, D.C. 20530
        (202) 305-4851