UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE MATTER OF D.B. (DOB) *redacted* | )<br>)<br>)<br>) Misc. Civil Action No. 07-0307 (ESH)<br>) Super. Ct. Case No. TPR-612-97<br>) Subpoena matter<br>) |

### NOTICE OF WITHDRAWAL OF SUBPOENA

Tameeka Brooks (Respondent in the underlying District of Columbia Superior Court matter),[1] hereby withdraws her subpoena, served on Court Services and Offender Supervision Agency (CSOSA) on August 1, 2007, with prejudice. A proposed order, dismissing this United States District Court miscellaneous matter is attached herewith.

Dated: August 7, 2007.

Respectfully submitted,

*/s/ Norman T. Robinson*
NORMAN T. ROBINSON, D.C. Bar No. 461769
405 16th Street, S.E.
Washington, D.C. 20003
(202) 320-4037

---

[1] This matter was removed to this Court on August 2, 2007.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of August, 2007, I caused service of the

*Notice of Withdrawal of Subpoena* to be made on CSOSA through counsel, addressed to:

Mercedeh Momeni
Assistant United States Attorney
USAO/DC
555 4th Street, NW
Civil Division
Washington, D.C. 20530

_____
NORMAN T. ROBINSON, ESQ.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE MATTER OF D.B. (DOB)** *redacted* | )<br>)<br>)<br>) Misc. Civil Action No. 07-0307 (ESH)<br>) Super. Ct. Case No. TPR-612-97<br>) Subpoena matter<br>) |

## ORDER

Upon consideration of the subpoenaing party's Notice of Withdrawal, this subpoena matter is hereby DISMISSED with prejudice, on ____ day of _____, 2007.

So ORDERED.

_____

UNITED STATES DISTRICT JUDGE

Copies to:

Norman T. Robinson
405 16th Street, S.E.
Washington, D.C. 20003
*Attorney for Subpoenaing Party*

and

Mercedeh Momeni
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, NW
Washington, D.C. 20530
*Attorney for CSOSA*