UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE MATTER OF D.B. (DOB) *redacted*  )
)
)
)
) Misc. Civil Action No. 07-0307 (ESH)
) Super. Ct. Case No. TPR-612-97
) Subpoena matter
)

### ORDER

Upon consideration of the subpoenaing party's Notice of Withdrawal, this subpoena matter is hereby DISMISSED with prejudice, on 7 day of August, 2007.

So ORDERED.

UNITED STATES DISTRICT JUDGE

Copies to:

Norman T. Robinson
405 16th Street, S.E.
Washington, D.C. 20003
*Attorney for Subpoenaing Party*

and

Mercedeh Momeni
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, NW
Washington, D.C. 20530
*Attorney for CSOSA*